FILED
CLERK, U.S. DISTRICT COURT

4/14/2022

CENTRAL DISTRICT OF CALIFORNIA
BY: ___cd___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

June 2021 Grand Jury

| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>GARRET PATRICK ORTALI,<br><br>　　　　Defendant. | CR 2:22-cr-00141-JLS<br><br>I N D I C T M E N T<br><br>[21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii): Distribution of Methamphetamine] |
|---|---|

　　　The Grand Jury charges:

　　　　　　[21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii)]

　　On or about March 21, 2022, in Santa Barbara County, within the Central District of California, defendant GARRET PATRICK ORTALI knowingly and intentionally distributed at least 50 grams, that is,

//

//

//

approximately 138 grams, of methamphetamine, a Schedule II controlled substance.

                                        A TRUE BILL

                                        _____/S/_____
                                        Foreperson

TRACY L. WILKISON
United States Attorney

*Christina Shay for SMG*

SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

JOSHUA O. MAUSNER
Assistant United States Attorney
Deputy Chief, General Crimes Section

SAMUEL J. DIAZ
Assistant United States Attorney
General Crimes Section