**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF<br>v.<br>Garret Ortali<br><br>DEFENDANT. | CR 22-141-JLS |
| | NOTIFICATION RE:  APPLICATION FOR BAIL REVIEW OR RECONSIDERATION OF ORDER SETTING CONDITIONS OF RELEASE OR DETENTION, (18 U.S.C. §3142) |

PLEASE TAKE NOTICE that the Request for Hearing on the Application for Review/Reconsideration of Order Setting Conditions of Release/Detention:

☐ is approved.  The matter is set on calendar for hearing before:

☑ District Judge  Josephine L. Staton

☐ Magistrate Judge _____

on  June 14, 2022                          at  9:00           ☑ a.m.  ☐ p.m.

in courtroom _____.

☐ is not approved.

☐ Other: _____

An interpreter is  ☐ required  ☑ is not required.  Language _____
Defendant is  ☑ in custody  ☐ not in custody.

Clerk, U. S. District Court

| June 9, 2022 | D. Rojas | (213) 894-4782 |
|---|---|---|
| Date | Deputy Clerk | Contact Phone Number |

Notice is electronically made upon transmission of the Notice of Electronic Filing to the following agencies:
cc:  ☑ Probation  ☐ Interpreter's Office  ☑ PSA.

---

**NOTIFICATION  RE:  APPLICATION FOR BAIL REVIEW OR RECONSIDERATION OF ORDER SETTING CONDITIONS OF RELEASE OR DETENTION, (18 U.S.C. §3142)**

CR-88A  (10/09)